U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

2025 JUN 16 A 11:54

CARYL ANTA CANBY

DEPUTY CLERK

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Donald John Trump

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Civil No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: ☒ Yes ☐ No
*(check one)*

Public Influence
Prejudiced Jury
out of jury of peers
— No Fair and
Impartial
Treatment can be
expected.

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Carrell Donta Carroll
Street Address: 162 State Road
City and County: Wittery, ME 
State and Zip Code: Maine
Telephone Number:
E-mail Address:

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name: Donald J. Trump
Job or Title (if known): former / current USA president + state + former USA government w/ federal administration
Street Address: 1600 Pennsylvania Avenue
City and County: Washington DC
State and Zip Code: District of Columbia
Telephone Number:
E-mail Address (if known):

Defendant No. 2

Name:
Job or Title (if known):
Street Address:
City and County:



State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 3

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

Defendant No. 4

Name
Job or Title
(if known)
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address
(if known)

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question        ☒ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. My Constitution Amendment one four not repeal of I am a Jamaica citizen damaged in America

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* Any Danita Chanel, is a citizen of the State of *(name)* Maine. Jamaica Citizen.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* Donald John Trump, is a citizen of the State of *(name)* Washington DC. Or is a citizen of *(foreign nation)* USA.

b. If the defendant is a corporation

The defendant, (name) _____, is incorporated under the laws of the State of (name) _____, and has its principal place of business in the State of (name) _____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because (explain): $90,000,000,000.00 (90 trillion dollars) ninety trillion Dollars

III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I am constantly being stalked, harassed, and invaded/ intruded upon privately with their illegal surveillance defendant donald trump administration + other informed illegal surveillance and illegal trespass of my property, personal effects, have intruded for defendants personal gain

[Left margin handwritten:] retaliation/ doubt of authenticity thru the office of/ dependency of Judges by pleased up defund/unaware of us soverenty w/o state the court to close.

[Right margin handwritten:] unjust enrichment.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V. **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/16, 2025

Signature of Plaintiff: [signature]

Printed Name of Plaintiff: CARELL SANYTA CAREY

IV. Permanent Disbarment Injunction after

① from using my name, Identity, carry into State of Residency, Employment, education — everything predicted w/ me, my identity, my family's life.

② 90 Trillion USD - ninety trillion dollars USD compensation - monetary