UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| CARYL DANITA CARBY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:25-cv-00315-SDN |
| | ) |
| DONALD JOHN TRUMP, | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING RECOMMENDED DECISION

On June 18, 2025, the Magistrate Judge recommended dismissing Plaintiff's complaint after preliminary review. ECF No. 6. The Magistrate Judge notified Plaintiff that failure to object would waive their right to de novo review and appeal. Nonetheless, the time within which to file objections expired on July 2, 2025, and no objections have been filed.

Notwithstanding Plaintiff's waiver, I have reviewed and considered the Magistrate Judge's Recommended Decision in light of the record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision. ECF No. 6. Plaintiff's complaint is **DISMISSED**.

**SO ORDERED.**

Dated this 11th day of July 2025.

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**